XAVIER BECERRA
Attorney General of California
SUSAN S. FIERING, State Bar No. 121621
Supervising Deputy Attorney General
ROSE B. FUA, State Bar No. 119757
HEATHER C. LESLIE, State Bar No. 305095
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7832
  Fax: (916) 327-2319
  E-mail: Heather.Leslie@doj.ca.gov
*Attorneys for California Department of Toxic Substances Control*

**FILED**

**AUG 2 1 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>HISTORIC ARSENAL PARK LLC, UNICO INDUSTRIAL SERVICE CO., GORDON POTTER, and VIRGINIA POTTER ELLIOTT,<br><br>Defendants. | 2:18-CV-00550-JAM-AC<br><br>[~~PROPOSED~~] ORDER AND JUDGMENT<br><br>Date: August 21, 2018<br>Time: 1:30pm<br>Dept: 6<br>Judge: John A. Mendez<br>Trial Date: None set.<br>Action Filed: March 14, 2018 |

Pursuant to the motion of the Plaintiff, the California Department of Toxic Substances Control ("DTSC"), and for good cause shown, the Court finds that the Consent Decree between DTSC, and the Defendants, Historic Arsenal Park LLC, Unico Industrial Service Co., Gordon Potter, and Virginia Potter Elliot, is fair, reasonable, and consistent with the objectives of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9601-9675. Accordingly, the Consent Decree as attached hereto is approved and entered as a judgment of the Court.

///

IT IS SO ORDERED, ADJUDGED, AND DECREED:

Dated: August 21, 2018

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court